19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

CASE NO.: C-695373 DIVISION: 25

**ROLANDO LOPEZ**

VERSUS

**QUALITY CONSTRUCTION & PRODUCTION, LLC, C&G BOATS, INC., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY**

FILED: ______________________ ______________________

**DEPUTY CLERK**

**NOTICE OF FILING NOTICE OF REMOVAL**

Please take notice that Defendant, Quality Construction & Production, LLC, has filed a Notice in the United States District Court for the Middle District of Louisiana for removal of the captioned civil action now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, pursuant to 28 U.S.C. §1331. A copy of the Notice of Removal and all exhibits are attached hereto.

Respectfully submitted,

**MELCHIODE MARKS KING LLC**

______________________

KEVIN A. MARKS (LA #22499)
SCOTT R. HUETE (LA #33191)
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 336-2880 / Fax: (504) 336-2342
kmarks@mmkfirm.com / shuete@mmkfirm.com
*Counsel for Quality Construction & Production, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to counsel of record via email, facsimile and/or by depositing same in the United States mail, properly addressed and postage prepaid, this 28th day of April, 2020.

______________________

**KEVIN A. MARKS**

EXHIBIT
tabbies
"B"