UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROLANDO LOPEZ CIVIL ACTION

VERSUS

QUALITY CONSTRUCTION & PRODUCTION, LLC. ET AL. NO. 20-00250-BAJ-EWD

# JUDGMENT

Considering **Plaintiff's Objections To, And Motion For Review Of, The Magistrate Judge's Report And Recommendation (Doc. 50)**,

**IT IS ORDERED, ADJUDGED, DECREED** that the Motion be and is hereby **DENIED** as **MOOT**.

Baton Rouge, Louisiana, this 11th day of April, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA